## BYRD v. UNITED STATES.
### No. 9078.

Circuit Court of Appeals, Fifth Circuit.
Oct. 17, 1939.

Walter A. Sims and Clint W. Hager, both of Atlanta, Ga., for appellant.

J. Ellis Mundy and A. Sidney Camp, Asst. U. S. Atty., both of Atlanta, Ga.

Before SIBLEY, HUTCHESON, and McCORD, Circuit Judges.

PER CURIAM.

The sentence is within the limit fixed by law for the crime charged in either count. The evidence is sufficient to carry the case to the jury, the credibility of the witnesses being for their consideration. No erroneous ruling by the Court appears to have been made.

The judgment is affirmed.